UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                    CASE NO.: 14-26815-AJC

JESSIE LEE CONEY, BARBARA ANN CONEY,      CHAPTER 13

DEBTOR.
_____/

### CREDITOR'S MOTION TO VACATE MEDIATION ORDER AND REQUEST FOR SANCTIONS

Movant, Carrington Mortgage Services, LLC (the "Movant"), by and through counsel, requests the Court vacate the Mediation Order (Doc. No. 54) and impose sanctions on the Debtor for the failure to comply thus far and states:

1. On February 12, 2015, the Court entered a Mortgage Modification Mediation Order (the "Mediation Order") (Doc. No. 54).

2. Paragraph 12 of the Mediation Order states "The parties shall have 14 days from the date of this Order to select a mediator."

3. As of the date of this Motion, the Debtor has not reached out to the Movant to discuss selection of a mediator.

4. Either way, paragraph 12 of the Mediation Order further provides "If the Lender fails to communicate with the Debtor [*or visa versa*] within the 14 day period established for the mediator selection process, the Debtor shall, within seven days, independently select a mediator and file the 'Debtor's Notice of Selection of Mortgage Modification Mediator' . . . ."

5. Paragraph 7 of the Mediation Order states "Debtor's attorney shall, within seven days after the filing of Debtor's Notice of Selection of Mortgage Modification Mediator . . . or after confirming that the Lender is registered on the MMM Portal, whichever occurs later . . . upload to the MMM Portal the following (collectively, the 'Completed Package') . . . ."

6. The Movant is registered on the MMM Portal and was registered prior to entry of the Mediation Order.

7. As of the date of this Motion, forty-eight (48) days has passed since the Mediation Order has been entered.

8. As of the date of this Motion, the Debtor has not filed a Notice of Selection of Mortgage Modification Mediator, has not setup the loan in the MMM Portal, and has not unloaded the Completed Package to the MMM Portal.

9. Paragraph 24 of the Mediation Order states "If any parties or counsel fail to comply with the terms of this Order, the Court will consider a motion to vacate the Order and may also impose sanctions."

10. The Debtor's failure to comply with the Mediation Order has caused the Movant to incur unnecessary legal fees and costs in the amount of $475.

**WHEREFORE**, the Movant respectfully requests that the Court enter an Order vacating the Mediation Order, imposing sanctions against the Debtor and payable to the Movant in the amount of $475, and granting any other relief deemed just and proper.

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was served on March 31, 2015 by CM/ECF electronic filing to all registered users in this matter and by U.S. Mail to the non-registered user or users below.

Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 708-2328
Fax (954) 571-4003

/s/ Michael Gulisano
Michael Gulisano, Esquire

Florida Bar No.: 87573
mgulisano@vanlawfl.com

**MAILING MATRIX:**

Jessie Lee Coney, 10334 Fairway Heights Blvd., Miami, FL 33157
Barbara Ann Coney, 10334 Fairway Heights Blvd., Miami, FL 33157